# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOAMMAR BADAWI DOKHAN, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 08-0987 (JDB) |

## ORDER

Upon consideration of petitioners' consent motion for an extension of time, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** as follows:

1.  The parties shall file briefs, not to exceed ten pages, setting forth their respective definitions of "enemy combatant," including any legal argument in support thereof, by not later than February 9, 2009.

2.  The government shall file unclassified factual returns by not later than February 16, 2009.

3.  The parties shall file any proposals to depart from the Case Management Order entered in Hamlily v. Bush, Civil Action No. 05-0763 (Order entered December 22, 2008) by not later than February 23, 2009. The filing shall not exceed 10 pages.

4.  A status hearing is scheduled for February 26, 2009, at 2:00 p.m. in Courtroom 8. The Court intends to hold the status hearing on the public record to the extent practicable. If the parties believe that the discussion of classified information will, in their view, be necessary, they shall notify the Court in the filing due on

February 23, 2009.

**SO ORDERED.**

                                    /s/ John D. Bates
                                    JOHN D. BATES
                                    United States District Judge

Date: January 9, 2009